United States District Court
Southern District of New York
_____

J.B. INTERNATIONAL, LLC,

                Plaintiff,        13 Civ. 3884 (JGK)

    - against -               MEMORANDUM OPINION
                                          AND ORDER
CHRISTOPHER KAUFMAN AND CHRISTOPHER
KAUFMAN JEWELERS,

                Defendants.
_____

**JOHN G. KOELTL, District Judge:**

    The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes the plaintiff as a limited liability company. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of each of the members of this limited liability company.

SO ORDERED.

Dated:    New York, New York
           June 14, 2013                  _____/s/_____
                                                             John G. Koeltl
                                                  United States District Judge